IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| J. L.T., a minor, who sues | ) | |
| by and through his mother and next friend, | ) | |
| SHERRIE NOLEN, | ) | |
| | ) | 2:04-CV-830-MEF |
| Plaintiff, | ) | [WO-not recommended for publication] |
| | ) | |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On December 30, 2005, the United States Magistrate Judge entered a *Recommendation* (Doc. 16) that the Commissioner of Social Security's decision be affirmed. No timely objections to the *Recommendation* have been filed. After independent and de novo review of the record and upon consideration of the *Recommendation* of the Magistrate Judge, it is **ORDERED** that the Magistrate Judge's *Recommendation* be and hereby is ADOPTED and the decision of defendant Commissioner of Social Security is AFFIRMED.

An appropriate judgment will be entered.

Done this the 27th day of January, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE