IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| J. L.T., a minor, who sues ) | |
| by and through his mother and next friend, ) | |
| SHERRIE NOLEN, ) | |
| ) | 2:04-CV-00830-MEF |
| Plaintiff, ) | [WO-not recommended for publication] |
| ) | |
| v. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the *Order* entered this date, it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the Defendant and against the Plaintiff and that this action be dismissed with prejudice.

The Clerk is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this case.

Done this the 27th day of January, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE